UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

JOSEPH GUSTAFSON,

          Plaintiff,

v.

WARDEN B. REISER,

          Defendant.

Civil No. 14-3351 (JRT/JJK)

**ORDER ON REPORT AND RECOMMENDATION**

Joseph Gustafson, #137366, 1101 Linden Lane, Faribault, MN 55021, *pro se* plaintiff,

J. Michael Richardson, Jean Burdorf, **HENNEPIN COUNTY ATTORNEY'S OFFICE,** 300 South Sixth Street, Suite C-2000, Minneapolis, MN 55487, for defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated June 4, 2015. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation by United States Magistrate Judge Jeffrey J. Keyes dated June 4, 2015, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that:

    1.    Joseph Gustafson's Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody (Doc. No. 1) is **DISMISSED WITH PREJUDICE**.

    2.    A certificate of appealability is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: June 24, 2015  
at Minneapolis, Minnesota                      s/John R. Tunheim  
                                                         JOHN R. TUNHEIM  
                                              United States District Judge